**MICHAEL G. IDIART (066273)**
**Attorney at Law**
**1060 Fulton Mall, Suite 807**
**Fresno, CA 93721**
Telephone:  (559) 442-4900
Facsimile:   (559) 442-4999

Attorney for Defendant, *Sergio Reynol Padilla*

## IN THE UNITED STATES DISTRICT COURT FOR

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States of America,*<br><br>       Plaintiff,<br><br>vs.<br><br>***SERGIO REYNOL PADILLA, et. al.,***<br><br>       Defendant. | Case No.:  06-CR-00059 AWI<br><br>***ADDITION OF CO-COUNSEL*** |

I, **Sergio Reynol Padilla**, do hereby designate **MICHAEL G. IDIART**, Attorney at Law, *1060 Fulton Mall, Suite 807, Fresno, California  93721*, as my attorney, and as co-counsel to my current retained attorney, **MICHAEL KARAGOZIAN.**

DATED:  4/ 29 /2006              /s/ Serigo Reynol Padilla
                                 **SERGIO REYNOL PADILLA, Defendant**

I hereby agree to **MICHAEL G. IDIART**, as co-counsel.

DATED:  4/ 29 /2006              /s/ Michael Karagozian
                                 ***MICHAEL KARAGOZIAN, Attorney at Law***

I hereby agree to the designation as co-counsel.

DATED:  4/29 /2006               /s/ Michael G. Idiart
                                 ***MICHAEL G. IDIART, Attorney at Law***

IT IS SO ORDERED.

**Dated:    May 24, 2006**             **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE