1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000



FILED
SEP 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-CR-0059 AWI |
| Plaintiff, ) | REQUEST FOR DISMISSAL OF FORFEITURE ALLEGATION OF THE |
| v. ) | THIRD SUPERSEDING INDICTMENT AS TO DEFENDANT SERGIO REYNOL |
| SERGIO REYNOL PADILLA, ) | PADILLA AND ~~PROPOSED~~ ORDER |
| Defendant. ) | |

   The United States of America, by and through its attorneys, McGREGOR W. SCOTT, United States Attorney, and KAREN A. ESCOBAR, Assistant U.S. Attorney, hereby moves to dismiss the Forfeiture Allegation of the Third Superseding Indictment, as to defendant SERGIO REYNOL PADILLA, since the property is subject to forfeiture through the guilty plea of co-defendant MONICA PADILLA.

DATED: September 18, 2007          Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                                   By /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
                                      Assistant U.S. Attorney

1

<u>O R D E R</u>

It is so ordered.

DATED: September 21, 2007

ANTHONY W. ISHII
U.S. District Judge