HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SERGIO PADILLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO PADILLA,<br><br>Defendant. | No. 1:06-cr-59 LJO<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, SERGIO PADILLA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On February 4, 2010, this Court sentenced Mr. Padilla to a term of 262 months imprisonment on Count 1 (violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846), and 240 months imprisonment on Count 4(a violation of 18 U.S.C. §§ 1956(a)(1)(B)(I), 1956(h), and 1957, and 18 U.S.C. § 2), to be served concurrently to one another;

3. His total offense level was 39, his criminal history category was I, and the resulting guideline range was 262 to 327 months;

4. The sentencing range applicable to Mr. Padilla was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Padilla's total offense level has been reduced from 39 to 37, and his amended guideline range is 240 to 262 months by operation of the statutory mandatory minimum of 240 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Padilla's term of imprisonment to a term of 240 months on Count 1, to be run concurrently to the existing term of 240 months on Count 4.

Respectfully submitted,

| | |
|---|---|
| Dated:  June 2, 2016 | Dated:   June 2, 2016 |
| PHILLIP A. TALBERT<br>Acting United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/  *Kathleen A. Servatius*<br>KATHLEEN A. SERVATIUS<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>SERGIO PADILLA |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Padilla is entitled to the benefit Amendment 782, which reduces the total offense level from 39 to 37, resulting in an amended guideline range of 240 to 262 months by operation of the statutory mandatory minimum.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2010 is reduced to a term of 240 months on Count 1, to be run concurrently to the existing term of 240 months on Count 4.  In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an AO Form 247 reflecting the above reduction in sentence, and shall serve certified copies on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Padilla shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   **June 3, 2016**             /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE