UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO PADILLA,<br><br>Defendant. | No. 1:06-CR-0059-NONE-001<br><br>ORDER REFERRING MOTION FOR COMPASSIONATE RELEASE TO THE FEDERAL DEFENDER'S OFFICE<br><br>(Doc. Nos. 736, 739) |

On February 4, 2010, defendant Sergio Padilla was sentenced in this action to 262 months incarceration. (Doc. No. 566.) On July 25, 2016, this sentence was reduced to 240 months pursuant to 18 U.S.C. § 3582(c)(2) because defendant's original sentence was based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o). (Doc. Nos. 711, 713.) On July 22, 2021, defendant filed a *pro se* motion for compassionate release pursuant to the First Step Act and 18 U.S.C. § 3582(c)(1)(A). (Doc. No. 734, 740.) Defendant also filed a request for appointment of counsel. (Doc. No. 739.)

Pursuant to General Order No. 595, the Federal Defender's Office ("FDO") is appointed to represent defendant in connection with the motion for compassionate release. The FDO shall have 60 days from the date of this order to file a supplement to defendant's *pro se* motion or to notify the court and the government it does not intend to file a supplement. Thereafter, absent

1

1  further order from the court amending the deadlines, the government shall have 30 days from the
2  date of the FDO's filing to file an opposition to defendant's motion.  Any reply shall be filed
3  within 15 days of the filing of any opposition by the government.
4        The Clerk of the Court is directed to include Assistant Federal Defenders Ann McClintock
5  (Ann_McClintock@fd.org) and Carolyn Wiggin (Carolyn_Wiggin@fd.org) in the CM/ECF's
6  Notice of Electronic Filing in this action.
7        The setting of the above schedule also moots the government's motion for an extension of
8  time, filed on July 26, 2021.  (Doc. No. 736.)  Accordingly, the Clerk of Court shall terminate that
9  motion.
10
11 IT IS SO ORDERED.
12   Dated:   **July 27, 2021**                                    _Dale A. Drozd_
13                                                   UNITED STATES DISTRICT JUDGE