Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Sergio Padilla

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:06-CR-00059 NONE |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| SERGIO PADILLA, | ) | |
| | ) | (Local Rule 141) |
| Defendant. | ) | |
| _____ | ) | |

The Court has received the Notice of Request to Seal Documents and Request to Seal Documents of Defendant SERGIO PADILLA.  The documents captioned <u>Exhibit 5 to Defendant Padilla's Supplement in Support of Motion for Compassionate Release or to Modify Sentence Under 18 U.S.C. § 3582(c)(1)(A)</u>, attached as Exhibit "A" to the Request to Seal Documents, are ordered sealed and shall be filed and maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

IT IS SO ORDERED.

Dated:    December 3, 2021

_____
UNITED STATES DISTRICT JUDGE