PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SERGIO PADILLA,<br><br>                Defendant. | Case No. 1:06-cr-00059-NONE<br><br>STIPULATION REGARDING BRIEFING SCHEDULE; [PROPOSED] ORDER |

      Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

      1.     The defendant filed a motion for compassionate release on July 22, 2021 and moved for appointment of counsel on July 26, 2021.

      2.     Carolyn Phillips was appointed counsel on September 10, 2021 and was given until December 1, 2021 to file a supplement to the defendant's motion.

      3.     The parties agree and stipulate that the government may have until January 24, 2022 to file it response and the defendant file a reply, if needed, by February 7, 2022.

      IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 10, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |

[PROPOSED] ORDER GRANTING EXTENSION OF TIME

| | |
|---|---|
| Dated: December 10, 2021 | /s/ CAROLYN D. PHILLIPS<br>CAROLYN D. PHILLIPS<br>Counsel for Defendant<br>SERGIO PADILLA |

**ORDER**

Good cause appearing, the government may have until January 24, 2022 to file it response to the pending motion for compassionate release and the defendant may file a reply by February 7, 2022.

IT IS SO ORDERED.

Dated: **December 15, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING EXTENSION OF TIME