Carolyn D. Phillips, #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Petitioner Sergio Padilla

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES,

*Plaintiff,*

v.

SERGIO PADILLA,

*Defendant.*

Case No. 1:06-cr-00059 JLT

**MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [PROPOSED ORDER]**

On July 22 and 26, 2021 (Docs. 734 and 740) defendant Sergio Padilla filed successive pro se motions for compassionate release or to modify sentence under provisions of Title 18 U.S.C. Section (c)(1)(A)(i). On July 27, 2021, the Court referred the motions to the Federal Defender's Office. (Doc. 741). On September 10, 2021, Judge Drozd appointed attorney Carolyn Phillips to represent Mr. Padilla. (Doc. 742). Counsel filed supplemental pleadings, reply briefs, motion for reconsideration, and otherwise fully briefed the issues related to Mr. Padilla's § 3582 motion. The matter was submitted to the court July 29, 2022. (Doc. 762)

On February 21, 2023, the Court denied Mr. Padilla's motion finding the motion was moot due to Mr. Padilla's release from BOP custody and deportation on February 15, 2023. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed her representation of Mr. Padilla, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Padilla require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (858)656-4360 (toll-free), which if appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

Dated: April 19, 2023

Respectfully submitted,

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
SERGIO PADILLA

**~~[PROPOSED~~] ORDER**

Having reviewed the notice and found that attorney Carolyn Phillips has completed the services for which she was appointed, the Court hereby grants attorney Carolyn Phillips's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559)487-5561 (collect) or (858)656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Padilla at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sergio Padilla
Av Zaragoza 2607
Burocrata
83450 San Luis Rio Colorado
Son., Mexico

Dated:October 15, 2026

JENNIFER L. THURSTON
U.S. District Court Judge